HANSON BRIDGETT LLP
ANDREW W. STROUD, SBN 126475
astroud@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, CA 95814
Telephone:    (916) 442-3333
Facsimile:    (916) 442-2348

HANSON BRIDGETT LLP
ROBERT A. McFARLANE, SBN 172650
rmcfarlane@hansonbridgett.com
ROSANNA W. GAN, SBN 325145
rgan@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

ADLER LAW GROUP
DAVID M. ADLER (admitted *pro hac vice*)
david@adler-law.com
300 Saunders Road, Suite 100
Riverwoods, IL 60015
Telephone and Facsimile: (866) 734-2568

Attorneys for Defendant
RV RENTAL CONNECTION, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| FALCO ERMERT, | Case No. 2:20-CV-00268 JAM-EFB |
|---|---|
| Plaintiff, | **JOINT STIPULATION FOR EXTENSION OF TIME** |
| v. | |
| RV RENTAL CONNECTION, INC., | |
| Defendant. | |

**STIPULATED EXTENSION OF TIME TO CONDUCT DISCOVERY**

Pursuant to Fed. R. Civ. P. 83, Plaintiff FALCO ERMERT ("Plaintiff") and Defendant RV RENTAL CONNECTIONS, INC. ("Defendant"), hereby stipulate to a one (1) month extension of time in which to conduct discovery. The original deadline for discovery was December 11, 2020. Although the parties have conducted discovery with diligence, due to the current COVID-19

pandemic and related factors, the parties agree that additional time for discovery would benefit both parties. With this stipulation, the new deadline for discovery is January 11, 2021.

STIPULATED AND AGREED TO BY:

/s/ David M. Adler
David M. Adler (Illinois Attorney No. 6242403, admitted pro hac vice)
ADLER LAW GROUP
300 Saunders Road, Suite 100
Riverwoods, IL 60015
866.734.2568
david@adler-law.com
*Attorneys for Defednant*

/s/ Jonah A. Grossbardt (by /s/ David M. Adler per email authorization)
Jonah A. Grossbardt
SRIPLAW
1801 Century Park East, Suite 1100
Los Angeles, CA 90067
jonah.grossbardt@sriplaw.com
*Attorneys for Plaintiff*

Dated: December 9, 2020

Respectfully submitted,

[signed] /david m. adler/
David M. Adler, Esq. (Illinois Attorney No. 6242403, admitted *pro hac vice*)
Adler Law Group
300 Saunders Road, Suite 100
Riverwoods, IL 60015
Phone & Fax:    (866) 734-2568
Email: David @adler-law.com

**ORDER**

IT IS ORDERED: The deadline for discovery is extended until January 11, 2021.

DATED: December 9, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE