UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

FALCO ERMERT,

        Plaintiff,

vs

RV RENTAL CONNECTION, INC.,

        Defendant.

Case No. 2:20-cv-00268-JAM-EFB

**ORDER GRANTING AMENDED STIPULATION TO CONTINUE DATES**

**Judge:  Hon. John A. Mendez**

    Before the Court is Parties Amended Stipulation to Continue Dates.  The court, having considered the Stipulation and having found good cause, therefore hereby **ORDERS** that the Stipulation is **GRANTED** and the deadline to file dispositive motions is continued from January 12, 2021 to April 23, 2021 with said motions to be noticed for hearing on June 8, 2021 at 1:30 PM, the pre-trial conference is continued from April 2, 2021 at 10:00 a.m. to July 30, 2021 at 11:00 a.m., the jury trial date is continued from May 10, 2021 at 9:00 a.m. to September 20, 2021 at 9:00 a.m., and all associated dates are continued in accordance with the scheduling order;

DATED: January 13, 2021

        /s/ John A. Mendez
        THE HONORABLE JOHN A. MENDEZ
        UNITED STATES DISTRICT COURT JUDGE