# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| FALCO ERMERT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RV RENTAL CONNECTION, INC.,<br><br>　　　　Defendant. | **Case Number:** 2:20-cv-00268-JAM-EFB<br><br>**ORDER GRANTING PARTIES' JOINT STIPULATION FOR UPDATED PRETRIAL SCHEDULE** |

　　Before the Court is Parties' Joint Stipulation for Updated Pretrial Conference Order Schedule. The Court, having considered the Joint Stipulation and having found good cause, therefore hereby **ORDERS** that the stipulation is **GRANTED**.

DATED:  December 16, 2021       /s/ John A. Mendez
　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE